DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ASCENCION JUAREZ-ARANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ASCENCION JUAREZ-ARANDA, <br><br> *Defendant.* | Case No. 1:10-cr-0377 AWI <br><br> **EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED. R. CRIM. P. 17(c) ON BEHALF OF DEFENDANT ASCENCION JUAREZ-ARANDA; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION; ORDER** <br><br> Judge:  Hon. Anthony W. Ishii |

Defendant Ascencion Juarez-Aranda, by his court-appointed attorney, Victor M. Chavez, hereby moves as authorized by Federal Rules of Criminal Procedure, Rule 17(c), for authorization to issue a subpoena duces tecum to the Custodian of Records for the Los Angeles County Sheriff's Department, Los Angeles County Jail Division, 12440 East Imperial Highway, #120, Norwalk, California, 90650, Tel: 562/465-7815, for production of any and all records relating to or in any manner involving Ascencion Juarez-Aranda, DOB: 6/16/51, Booking Number 1957271, Case Number VA111088, specifically including but not limited to a copy of any federal immigration detainer placed against him while he was incarcerated at the Los Angeles County Jail from June 23, 2009 until about September 8, 2009, or any other record showing that immigration authorities were advised of his presence. He was arrested on June 23, 2009 by the Huntington Park Police Department.

The information contained in said records is necessary to determine and establish the true facts relating to the violations alleged against Mr. Juarez-Aranda in the above-captioned criminal proceeding.

///

1   This information is required to enable counsel to adequately prepare a defense to the charges in this
2   case on behalf of Defendant, and is available only from the Custodian of Records for the Los Angeles
3   County Sheriff's Department, Los Angeles County Jail Division, 12440 East Imperial Highway, #120,
4   Norwalk, California, 90650.

5   This application is based on Rule 17 of the Federal Rules of Criminal Procedure, the attached
6   memorandum of points and authorities, and such other authority as may be produced in connection with
7   consideration of this application.

8                                           Respectfully submitted,

9                                           DANIEL J. BRODERICK
                                            FEDERAL PUBLIC DEFENDER
10

11  DATED: October 6, 2011           By    /s/ Victor M. Chavez
                                            VICTOR M. CHAVEZ
12                                          Assistant Federal Defender
                                            Counsel for Defendant
13                                          Ascencion Juarez-Aranda

14

15

16

17                      **MEMORANDUM OF POINTS AND AUTHORITIES**

18      Federal Rules of Criminal Procedure, Rule 17(b) authorizes the issuance of subpoenas for indigent
19  defendants at the expense of the government.  Rule 17(c) authorizes the issuance of subpoenas <u>duces</u>
20  <u>tecum</u>.

21      A party requesting a subpoena <u>duces</u> <u>tecum</u> under Rule 17(c) must demonstrate that the materials
22  sought are 1) relevant, 2) admissible, and must identify the materials with specificity,  *United States v.*
23  *Nixon*, 418 U.S. 683, 699-700 (1974); *United States v. Eden*, 659 F.2d 1376 (9th Cir. 1981).  *Eden* adds
24  the requirement that the proponent "...demonstrate that the subpoenaed materials are not available from
25  any other source and their examination and processing should not await trial."  *Id*. at 1381.

26      This request by Defendant Juarez-Aranda specifically seeks copies of records from the Custodian
27  of Records for the Los Angeles County Sheriff's Department, Los Angeles County Jail Division, Norwalk,
28  California, relating to a federal immigration detainer placed against him while he was in their custody

Ex Parte Application for Subpoena Duces Tecum
to Fed.R.Crim.P. 17(c) on Behalf of Defendant;
Points and Authorities; Declaration, Order                 2

1  from June 23, 2009 until September 8, 2009. The information contained in said records is relevant and
2  necessary to prepare a defense to the charges in this case on behalf of Defendant.  Mr. Juarez-Aranda
3  recalls that he was contacted by an ICE Agent after his arrest.  Such records would support a motion to
4  dismiss for improper venue.  Obtaining these records prior to trial will allow defense counsel to challenge
5  jurisdiction and could lead to dismissal of the indictment or a more favorable plea bargain.

6     The information is available only from the Custodian of Records for the Los Angeles County
7  Sheriff's Department, Los Angeles County Jail Division, 12440 East Imperial Highway, #120, Norwalk,
8  California, 90650.  The Los Angeles County Sheriffs Department requires a subpoena in order to release
9  these records.  For this reason authority to issue a subpoena is requested.

10    This application is based on Federal Rules of Criminal Procedures, Rule 17, the foregoing
11 application, this memorandum of points and authorities, the attached declaration of counsel, and such
12 information and authority as may be produced in connection with consideration of this application.

13                                             Respectfully submitted,

14                                             DANIEL J. BRODERICK
                                                FEDERAL PUBLIC DEFENDER
15

16 DATED: October 6, 2011           By    /s/ Victor M. Chavez
                                                VICTOR M. CHAVEZ
17                                              Assistant Federal Defender
                                                Counsel for Defendant
18                                              Ascencion Juarez-Aranda

Ex Parte Application for Subpoena Duces Tecum
to Fed.R.Crim.P. 17(c) on Behalf of Defendant;
Points and Authorities; Declaration, Order            3

# DECLARATION OF VICTOR M. CHAVEZ

I, Victor M. Chavez, declare as follows:

1. I am an attorney admitted to practice before this court and am employed as an Assistant Federal Defender.

2. The Federal Defender has been appointed to represent Defendant Ascencion Juarez-Aranda in the above-entitled case, and I have been assigned to represent him; the office has represented Mr. Juarez-Aranda since July 26, 2011. He is charged with illegal reentry in violation of 8 U.S.C. § 1326.

3. I am informed and believe and thereon state that there are jail booking records relating to a federal detainer which was placed against Mr. Juarez-Aranda while he was incarcerated at the Los Angeles County Jail from about June 23, 2009, until about September 8, 2009.  My client reports that he was contacted by a representative of ICE after his arrest.

4. A copy of the information contained in the said Los Angeles County Sheriff's Department records is necessary to determine and establish the true facts relating to when Mr. Juarez-Aranda was found in the U.S. by immigration authorities.  The information and records are available only from the Custodian of Records for the Los Angeles County Sheriff's Department, Los Angeles County Jail Division, 12440 East Imperial Highway, #120, Norwalk, California, 90650.  It is imperative that the information be provided to defendant's counsel as soon as possible to assist in adequately preparing a defense to the charges in this case. It is anticipated that the information will not be provided without a subpoena, as this has been our experience with the Los Angeles County Sheriff's Department.

5. I have advised Assistant U.S. Attorney Ian Garriques of this ex parte request for a subpoena duces tecum.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th day of October, 2011  at Fresno, California.

```
                                        _____
                                        VICTOR M. CHAVEZ, Declarant
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Ascencion Juarez-Aranda
```

Ex Parte Application for Subpoena Duces Tecum
to Fed.R.Crim.P. 17(c) on Behalf of Defendant;
Points and Authorities; Declaration, Order

4

DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Ascencion Juarez-Aranda

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Ascencion Juarez-Aranda, <br> Defendant. | CASE NO. 1:10-cr-0377 AWI <br><br> **ORDER GRANTING EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED.R.CRIM.P. 17(c)** |

The Application For Subpoena Duces Tecum, filed by defendant Ascencion Juarez-Aranda **is hereby granted** authorizing issuance of a subpoena duces tecum pursuant to Rule 17 (c) of the Federal Rules of Criminal Procedure to the Custodian of Records for the Los Angeles County Sheriff's Department, Los Angeles County Jail Division, 12440 East Imperial Highway, #120, Norwalk, California, 90650, Tel: 562/465-7815, for production of any and all records relating to or in any manner involving Ascencion Juarez-Aranda, specifically including but not limited to a copy of the federal immigration detainer placed against him while he was in custody at the Los Angeles County Jail in June 2009 until approximately September 8, 2009.

IT IS SO ORDERED.

Dated:   October 6, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Ex Parte Application for Subpoena Duces Tecum
to Fed.R.Crim.P. 17(c) on Behalf of Defendant;
Points and Authorities; Declaration, Order

5