DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ASCENCION JUAREZ-ARANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>　　　　　*Plaintiff*, </br></br>　　v. </br></br>ASCENCION JUAREZ-ARANDA, </br></br>　　　　　*Defendant.* | Case No. 1:10-cr-0377 AWI </br></br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER </br></br>Date:　February 13, 2012 </br>Time:　9:00 a.m. </br>Judge:　Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record that the status conference hearing in the above captioned matter scheduled for January 9, 2012 at 9:00 a.m. may be continued to **February 13, 2012 at 9:00 a.m.**

Counsel for Mr. Juarez-Aranda seeks this stipulation as he will be out of the office on annual leave. Defendant also needs additional time to investigate a venue issue.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

///

Case 1:10-cr-00377-AWI   Document 13   Filed 01/05/12   Page 2 of 2

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: January 5, 2012 | By: /s/ *Ian Garriques*<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Counsel for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED: January 5, 2012 | By: /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>Ascencion Juarez-Aranda |

**O R D E R**

IT IS SO ORDERED.

Dated:   January 5, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE