DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ASCENCION JUAREZ-ARANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-cr-0377 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | Date:  February 27, 2012 |
| ASCENCION JUAREZ-ARANDA, | Time:  10:00 a.m. |
| Defendant. | Judge:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record that the status conference hearing in the above captioned matter scheduled for February 13, 2012 at 10:00 a.m. may be continued to **February 27, 2012 at 10:00 a.m.**

Defense counsel needs additional time to confer with client concerning the offer and related case issues.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
1                                           BENJAMIN B. WAGNER
                                            United States Attorney
2

3   DATED: February 9, 2012          By:    /s/ Ian Garriques
                                            IAN GARRIQUES
4                                           Assistant United States Attorney
                                            Counsel for Plaintiff
5

6

7                                           DANIEL J. BRODERICK
                                            Federal Public Defender
8

9   DATED:  February 9, 2012         By:    /s/ Victor M. Chavez
                                            VICTOR M. CHAVEZ
10                                          Assistant Federal Defender
                                            Attorney for Defendant
11                                          Ascencion Juarez-Aranda
```

## O R D E R

IT IS SO ORDERED.

Dated:   February 9, 2012

CHIEF UNITED STATES DISTRICT JUDGE

Juarez-Aranda - Stipulation and Proposed Order
to Continue Status Conference Hearing            2